COURT OF APPEALS OF VIRGINIA

Present: Judges Humphreys, O'Brien and Senior Judge Bumgardner

EDWIN RUDOLFO ROMERO MEDRANO

MEMORANDUM OPINION*

v.      Record No. 0154-17-3                                          PER CURIAM
                                                                     MAY 16, 2017
NEW TECH, LLC AND
 ERIE INSURANCE EXCHANGE

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(J. William Snyder, Jr.; The Law Offices of Will Snyder, P.L.L.C.,
on brief), for appellant.

(Richard D. Lucas; Lucas & Kite, PLC, on brief), for appellees.


Edwin Rudolfo Romero Medrano appeals a decision of the Workers' Compensation

Commission ("the Commission") finding that he was not entitled to workers' compensation

benefits because he was not the direct employee of New Tech, LLC. We have reviewed the

record and the Commission's opinion and find that this appeal is without merit. Accordingly, we

affirm for the reasons stated by the Commission in its final opinion. See Medrano v. New Tech,

LLC, JCN No. VA02000023023 (Va. Wrk. Comp. Dec. 28, 2016). We dispense with oral

argument and summarily affirm because the facts and legal contentions are adequately presented

in the materials before the Court and argument would not aid the decisional process. See Code

§ 17.1-403; Rule 5A:27.

                                                                              Affirmed.

---

* Pursuant to Code § 17.1-413, this opinion is not designated for publication.